IN THE UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

IN RE: ) CASE NUMBER: 17-03985-MFH
    LISA NICOLE HANEY ) CHAPTER: 13
)
    Debtor )
)

### NOTICE OF CHANGE OF DEBTOR'S ADDRESS

COMES NOW the debtors, by and through counsel, and hereby gives notice that his/her/their mailing address has changed as follows:

NEW ADDRESS:    LISA NICOLE HANEY
1441 LEBANON PIKE APT O-160
NASHVILLE, TN 37210

I certify that on this day, I served the Trustee, HENRY EDWARD HILDEBRAND, III  P. O. BOX 340019 NASHVILLE, TN 37203 with a copy of the 'Debtor's Change of Address', by electronic case filing. I certify that I served the Debtor a copy of this Debtor's Change of Address by placing a true copy of the same in the United States Mail with adequate postage affixed to insure delivery addressed to:

| NEW ADDRESS: | OLD ADDRESS: |
| --- | --- |
| LISA NICOLE HANEY | LISA NICOLE HANEY |
| 1441 LEBANON PIKE APT O-160 | 4982 EDMONDSON PIKE APT. E18 |
| NASHVILLE, TN 37210 | NASHVILLE, TN 37211 |

THIS CHANGE OF ADDRESS WAS FURNISHED BY:

Jodie Thresher, Attorney for Debtor

Dated: 2/8/2018

 /s/Jodie Thresher, TBN 025730
Jodie Thresher
CLARK & WASHINGTON, LLC
Attorney for Debtor(s)
237 French Landing
Nashville, TN 37228
615-251-9782; Fax 615-251-8919